**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUAN CARLOS GARCIA RODRIGUEZ,**<br><br>**Defendant,** | **MEMORANDUM DECISION AND ORDER**<br><br>**Case No. 2:12-CR-751-DAK**<br><br>**Judge Dale A. Kimball** |

This matter is before the court on Defendant's Motion to Reduce Sentence under "the newly implemented Section 5.B.1437 of the United States Sentencing Guidelines" [ECF No. 625]. The United States has opposed the motion.

A federal district court has limited jurisdiction to modify a term of imprisonment once it has been imposed. *United States v. Smartt*, 129 F.3d 539, 540 (10th Cir.1997). Defendant claims that Section 5.B.1437 is an amendment of the United States Sentencing guidelines that became effective in November 2025. The United States informed the court that it diligently searched for the existence of such an amendment and could not find it. The court has also researched the matter and cannot find the alleged amendment. "[I]t is well-settled that '[a] district court is authorized to modify a Defendant's sentence only in specified instances where Congress has expressly granted the court jurisdiction to do so.'" *United States v. White*, 765 F.3d 1240, 1245 (10th Cir. 2014). Because there is no evidence of a basis for lowering Defendant's

sentencing range, the court has no jurisdiction. Accordingly, the court denies and dismisses Defendant's Motion to Reduce Sentence [ECF No. 625].

DATED this 26th day of August 2026.

BY THE COURT:

DALE A. KIMBALL,
United States District Judge